UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,        CRIMINAL NO. 06-20465

                             HONORABLE NANCY G. EDMUNDS

vs.

GARY BALL JR.,

       Defendant.
_____/

| | |
|---|---|
| Jeffrey Stone (P68270) | Diane L. Marion (P33403) |
| Attorney for Defendant | Attorney for Plaintiff |
| 56804 Mound | U.S. Attorney's Office |
| Shelby Twp., MI 48316 | 211 W. Fort Street |
| (586) 822-4225 | Detroit, MI 48226 |
| | (313) 226-9100 |

_____/

## STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEY

    NOW COMES, Lee O'Brien and Jeffrey Stone, hereby stipulating that Jeffrey Stone will replace Lee O'Brien as attorney of record for the above-captioned case.

s/Lee O'Brien w/consent                                s/Jeffrey Stone

18580 Mack Ave                                          Wojnecka & Sherigan, P.C.
Grosse Pointe Farms, MI 48236             56804 Mound
(313) 855-6800                                          Shelby Twp., MI 48316
greenirishblackirish@yahoo.com           attorneystone@yahoo.com
P48670                                                    P68270

    IT IS SO ORDERED:

    Jeffrey Stone shall replace Lee O'Brien as attorney of record for the above-captioned case. All pleadings and correspondence for Defendant Ball shall be addressed to Jeffrey Stone via ECF.

                                s/Nancy G. Edmunds
                                Nancy G. Edmunds

          United States District Judge

Dated:  May 8, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2008, by electronic and/or ordinary mail.

          <u>s/Carol A. Hemeyer</u>
          Case Manager