UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No.  06-20465
                                                   HON. NANCY G. EDMUNDS

Gary Ball, Jr., D- 17,

    Defendant.
_____/

**ORDER DENYING DEFENDANT BALL'S MOTION FOR ORDER COMPELLING ATTORNEY LAWRENCE SHULMAN TO TURN OVER CASE FILE [2477]**

    This matter comes before the Court on Defendant Gary Ball's motion for order to compel Attorney Lawrence Shulman to turn over case file pursuant to Federal Rules of Criminal Procedure 47 and Rule 1.16(d) of the Michigan Rules of Professional Conduct. Having read the pleadings and being advised in the premises, the Court **DENIES** Defendant Ball's motion.  The Court does not have authority under the rules cited to order Defendant's attorney to turn over his case file that may or may not contain attorney work product. Defendant Ball is not requesting trial transcripts from his criminal trial.  Defendant concludes that Attorney Shulman has provided appellant counsel Dennis Belli with copies of the trial transcripts.

    SO ORDERED.

                                                              s/Nancy G. Edmunds
                                                              Nancy G. Edmunds
                                                              United States District Judge

Dated:  April 30, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 30, 2013, by electronic and/or ordinary mail.

s/Kim Grimes
Acting in the absence of Carol Hemeyer,
Case Manager to Judge Edmunds
