# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 30, 2013

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 11-1208, *USA v. Gary Ball, Jr.*
Originating Case No. : 2:06-CR-20465-17

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Mr. Dennis Belli
Ms. Patricia Gaedeke
Ms. Margaret Marie Smith

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-1208

_____

Filed: December 30, 2013

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GARY BALL, JR.

      Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 09/30/2013 the mandate for this case hereby issues today.

COSTS: None