# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

March 10, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

**FILED**
*Mar 12, 2014*
DEBORAH S. HUNT, Clerk

      Re:  Gary Ball, Jr.
            v. United States
            No. 13-9057
            (Your No. 11-1208)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 5, 2014 and placed on the docket March 10, 2014 as No. 13-9057.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst