UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          CASE NO 06-cr-20465

       v.                                  HON. NANCY G. EDMUNDS

GARY BALL Jr.,

       Defendant.
_____/

**GOVERNNMENT'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT'S MOTION TO VACATE
SENTENCE UNDER 28 U.S.C. § 2255**

Now comes the United States, by and through Barbara L. McQuade, United States Attorney, and Christopher Graveline, Assistant United States Attorney, who moves this Honorable Court as follows:

1.    The defendant initially filed a pro se motion to vacate, set aside, or correct sentence pursuant to Title 28, United States Code, Section 2255 on April 7, 2015. After that filing, attorney David Schoen made an appearance on behalf of the defendant and filed an amended motion to vacate, set aside, or correct sentence pursuant to Title 28, United States Code, Section 2255 on August 17, 2015. The government's response is due on November 8, 2015.

2.    The motion is lengthy and raises several legal issues.

1

3.     Undersigned counsel is beginning a four-defendant trial before Judge Michelson on November 16, 2015.

4.     In order to respond appropriately to the defendant's motion, the government requests an extension of time in which to file its response to December 21, 2015.

5.     Undersigned counsel has sought concurrence from defense counsel and counsel has no objections to this length of continuance.

THEREFORE, the government moves this Honorable Court to enter an order allowing the government until December 21, 2015 to file a response brief.

Respectfully submitted,

Dated: November 6, 2015

Barbara L. McQuade
United States Attorney

/s/ Christopher Graveline
Assistant United States Attorney
United States Attorney's Office
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9155
Fax: (313) 226-3265
Email: christopher.graveline2@usdoj.gov

<u>Certificate of Service</u>

I certify that on November 6, 2015, I electronically filed this motion for the United States with the Clerk of the United States District Court for the Eastern District of Michigan using the ECF system.

<u>/s/ Christopher Graveline</u>
Assistant United States Attorney
United States Attorney's Office
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9155
Fax: (313) 226-3265
Email: christopher.graveline2@usdoj.gov